Ottie David VANCE, Movant,

v.

LEXINGTON THEOLOGICAL SEMINARY, INC., Respondent.

Supreme Court of Kentucky.

April 1, 1980.

Richard N. Rose, Lexington, for movant.

William H. McCann, Herbert D. Sledd, James D. Ishmael, Jr., Brown, Sledd & McCann, Lexington, for respondent.

OPINION AND ORDER

The Court, having considered the briefs of movant and respondent and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

The order granting discretionary review, 589 S.W.2d 897, is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur except STEPHENS, J., who would not vacate grant of review herein.

Entered April 1, 1980.

/s/ John S. Palmore

Chief Justice